# UNITED STATES DISTRICT COURT

### FOR THE

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA HANSEN,<br><br>           Plaintiff,<br><br>  vs.<br><br>STATE OF NEVADA, ex rel. its DEPARTMENT OF HEALTH AND HUMMAN SERVICES, DIVISION OF CHILD AND FAMILY SERVICES,<br>DOES 1 through 100, inclusive,<br><br>           Defendant. | CIVIL ACTION NO.<br>        3:23-CV-00597-LRH-CSD<br><br><br><br><br>NERC NO.   0529-19-0063R<br>EEOC NO.   34B-2019-00664C |

## ORDER GRANTING STIPULATION  TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS
### (First Request)
### Information

Plaintiff, DEBRA HANSEN, and Defendant STATE OF NEVADA, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF CHILD AND FAMILY SERVICES, by and through their respective counsel, hereby stipulate to and respectfully request that the court extend the deadline to respond to the Motion to Dismiss by seven (7) days up to and including April 18, 2024.

ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS - 1

This is the first request for an extension of this deadline and is not made for purposes of undue delay.

APPROVED AS TO FORM AND CONTENT on the 11th day of April, 2024.

AMENS LAW, LTD.

By: /s/ Debra M. Amens
DEBRA M. AMENS, ESQ.
*Attorney for Plaintiff*

By: /s/ Cameron Vandenberg
CAMERON P. VANDENBERG
Chief Deputy Attorney General
MATTHEW E. ESTRADA
Deputy Attorney General
*Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED.

DATED this 11th day of April, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS - 2