AARON D. FORD
Attorney General
CAMERON P. VANDENBERG
Chief Deputy Attorney General
NV Bar No. 4356
MATTHEW E. ESTRADA
Deputy Attorney General
NV Bar No. 15543
Personnel Division
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Telephone: (775) 687-2100
Facsimile: (775) 688-1822
cvandenberg@ag.nv.gov
mestrada@ag.nv.gov

*Attorneys for Defendant State of Nevada, Department of Health and Human Services, Division of Child and Family Services*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA HANSEN, | Case No. 3:23-cv-00597-MMD-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| vs. | |
| STATE OF NEVADA, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF CHILD AND FAMILY SERVICES, Desert Willow Treatment Center; DOES 1-100, inclusive; | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

. . . .

. . . .

. . . .

. . . .

. . . .

Page **1** of **2**

Each party will bear its own costs and attorney's fees. All appearing parties have signed this Stipulation and there are no remaining claims or parties. No trial date has been set in this case.

APPROVED AS TO FORM AND CONTENT on the 18th day of September, 2024.

AARON D. FORD
ATTORNEY GENERAL

By:   */s/ Cameron Vandenberg*
CAMERON P. VANDENBERG
Chief Deputy Attorney General
MATTHEW E. ESTRADA
Deputy Attorney General

*Attorneys for Defendant*

AMENS LAW, LTD.

BY:   */s/ Debra M. Amens*
DEBRA M. AMENS, ESQ.

*Attorney for Plaintiff*

## ORDER

BASED on the representation by the Parties, the Court finds that the case is ripe for Dismissal with Prejudicee and Orders the same.

IT IS SO ORDERED.

DATED:   September 20, 2024

UNITED STATES DISTRICT JUDGE